1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | Case No. 5:23-po-00383-CDB

12 |              Plaintiff,             | [Citation #E1281041, CA10]

13 | v.

14 | DAVID SPRAGUE,                      | MOTION AND ORDER FOR DISMISSAL

15 |              Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00383-

20 CDB [Citation #E1281041, CA10] against DAVID SPRAGUE, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: December 11, 2023                    Respectfully submitted,

24                                             PHILLIP A. TALBERT
                                               United States Attorney
25
                                        By:    /s/ *Chan Hee Chu*
26                                             CHAN HEE CHU
                                               Assistant United States Attorney
27

28

                                               1
                                                                          USA v. Sprague
                                                                 Case No. 5:23-po-00383-CDB

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a), that Case No. 5:23-po-00383-CDB [Citation #E1281041, CA10] against DAVID SPRAGUE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __December 11, 2023__  _____
UNITED STATES MAGISTRATE JUDGE